UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ALBERT LEWIS**                                    **CIVIL ACTION**

**VERSUS**                                          **NO. 15-1377**

**BURL CAIN, WARDEN**                               **SECTION: "B"(1)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Albert Lewis is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 26th day of October, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE